No. D–1926. IN RE DISBARMENT OF WELLONS. Chloe J. Wellons, of Goldsboro, N. C., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.